# Court of Appeals
# of the State of Georgia

ATLANTA,  August 30, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0109.  JAVARIS COMPTON v. THE STATE.**

In February 2014, Javaris Compton pled guilty to armed robbery and was sentenced to 20 years, to serve 15 in confinement and the remainder on probation. Later that year, he filed a pro se motion to modify his sentence, which the trial court denied.  In June 2017, he filed a pro se notice of appeal indicating his wish to appeal his judgment of conviction.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Compton's notice of appeal, filed more than three years after entry of his judgment of conviction, is not timely. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/30/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.